# EXHIBIT 1

STATE OF ARIZONA
DEPT. OF INSURANCE

FEB 0 5 2014
TIME 9:48 AM
SERVICE OF PROCESS



**ARNETT & ARNETT** P.C.
ATTORNEYS AT LAW   BROTHERS IN FACT
1120 SOUTH DOBSON ROAD, SUITE 110
CHANDLER, ARIZONA 85286
PHONE (480) 839-4600

Mark W. Arnett
State Bar No. 11375
mark@arizonainsurancelaw.com
Attorneys for the Plaintiff

IN THE

## 𝔖uperior 𝔖ourt

### STATE OF ARIZONA

MARICOPA COUNTY
---------------

VICKIE R. FERGUSON, a single woman,

   *Plaintiff,*

vs.

METROPOLITAN LIFE INSURANCE
COMPANY, a New York corporation,

   *Defendant.*

CV2014-090139

NO. CV_____

SUMMONS

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at

602-257-4434
or
www.lawyerfinders.org.

Sponsored by the
Maricopa County Bar Association

1   THE STATE OF ARIZONA TO THE DEFENDANT:

### METROPOLITAN LIFE INSURANCE COMPANY

2        YOU ARE HEREBY SUMMONED and required to appear and defend, within the
3   time applicable, in this action in this Court. If served within Arizona, you shall appear and
4   defend within 20 days after the service of the Summons and Complaint upon you, exclusive of
5   the day of service. If served out of the State of Arizona - whether by direct service, by registered
6   or certified mail, or by publication - you shall appear and defend within 30 days after the service
7   of the Summons and Complaint upon you is complete, exclusive of the day of service. Where
8   process is served upon the Arizona Director of Insurance as an insurer's attorney to receive
9   service of legal process against it in this state, the insurer shall not be required to appear, answer
10  or plead until expiration of 40 days after date of such service upon the Director. Service by

registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court.  Service by publication is complete 30 days after the date of first publication.  Direct service is complete when made.  Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. **RCP 4; ARS § § 20-222, 28-502, 28-503.**

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.   Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. **RCP 10(d); ARS § 12-311; RCP 5.**

The name and address of Plaintiff's attorney is:

> MARK W. ARNETT
> ARNETT & ARNETT
> 1120 S. Dobson Road, Ste. 110
> Chandler, Arizona  85286

SIGNED AND SEALED this date: COPY _____

_____
JAN 2 8 2014

Clerk                       MICHAEL K. JEANES, CLERK
                            R. ROMERO
                            DEPUTY CLERK

By _____
Deputy Clerk

2

MICHAEL K. JEANES
Clerk of the Superior Court
By REGINA ROMERO, Deputy
Date 01/28/2014 Time 17:01:49
| Description | Amount |
|---|---|
| ------- CASE# CV2014-090139 ------- | |
| CIVIL NEW COMPLAINT | 304.00 |
| TOTAL AMOUNT | 304.00 |
| Receipt# 23514861 | |

### ARNETT & ARNETT p.c.
ATTORNEYS AT LAW   BROTHERS IN FACT
1120 SOUTH DOBSON ROAD, SUITE 110
CHANDLER, ARIZONA 85286
PHONE (480) 839-4600

Mark W. Arnett
State Bar No. 11375
mark@arizonainsurancelaw.com
Attorneys for the Plaintiff

IN THE
## Superior Court

### STATE OF ARIZONA

MARICOPA COUNTY
--------------

| | |
|---|---|
| VICKIE R. FERGUSON, a single woman, | CV2014-090139 |
| *Plaintiff,* | NO. CV_____ |
| vs. | COMPLAINT |
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation, | (TORT NON-MOTOR VEHICLE) |
| *Defendant.* | |

Plaintiff alleges:

### COUNT ONE

### (BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING)

1.     At all times mentioned herein, Defendant was authorized and was engaged in the business of insurance in Arizona, Maricopa County.  Plaintiff is a resident of Maricopa County, Arizona.

2.     Plaintiff was employed by United Airlines as a flight attendant.

3.      Plaintiff purchased optional permanent life insurance for herself and her family from Metropolitan Life Insurance Company ("MetLife").

4.      Plaintiff purchased life insurance coverage in the amount of $30,000 for her husband, Edwin Wieseman, effective June 2008.

5.      Plaintiff was the sole beneficiary of her husband's life insurance policy.

6.      Plaintiff paid the full cost for her spouse's life insurance coverage through after-tax payroll deductions.

7.      No contributions were made by any employer or employee organization.

8.      Participation in the spouse's life insurance coverage program was completely voluntary.

9.      The sole functions of United Airlines with respect to the spouse's life insurance coverage program were, without endorsing the program, to permit MetLife to publicize the program to employees, to collect premiums through payroll deductions and to remit them to MetLife.

10.     United Airlines received no consideration in the form of cash or otherwise in connection with the program, other than perhaps reasonable compensation, excluding any profit, or administrative services actually rendered in connection with payroll deductions.

11.     In approximately August of 2010, Plaintiff filed for divorce from her husband.

12.     When she filed for divorce, Plaintiff contacted the United Benefit Service Center by phone and informed them of her divorce action. She contacted the United Benefit Service Center because her UAL Human Resources Enrollment Guide (attached as Exhibit 1) instructed her to do so if she had an ex-spouse.

13.     The United Benefits Service Center informed Plaintiff that she should wait until the divorce decree was final before notifying them of the divorce.

2

14.    The United Benefits Service Center informed Plaintiff that when the divorce decree was final she could notify them on-line by going to the Benefits website.

15.    The United Benefits Service Center did not tell Plaintiff that it was necessary to contact MetLife directly regarding her spouse's Group Universal Life insurance, implying that it would act as MetLife's agent in forwarding the information.

16.    Plaintiff's divorce was final effective February 14, 2011.

17.    After the divorce was final, Plaintiff went on-line to ualbenefits.com, as directed by the United Benefits Service Center and the Benefits Enrollment Guide, and went to the "Change of Status" page (since UAL's merger, the page is no longer called "Change of Status") and made the change that notified UAL of her divorce.

18.    Edwin Wieseman's health insurance and travel benefits were terminated after Plaintiff's notification of the divorce. However, his GUL insurance was not. Premium continued to be deducted from her paychecks.

19.    In approximately January of 2012, Plaintiff received a "Group Universal Life Report" for the period of January 01, 2011 through December 31, 2011, from MetLife that named Edwin Wieseman as "covered person" (attached as Exhibit 2).

20.    Plaintiff telephoned the United Benefit Service Center to discuss her ex-husband's GUL coverage, and was told by the representative to contact MetLife. The representative gave her the phone number for MetLife.

21.    Plaintiff telephoned the MetLife number provided by The United Benefit Service Center representative and told MetLife that she was divorced and wanted to discuss the GUL insurance on her former husband.

22.    The MetLife representative informed Plaintiff that if she wanted to cancel the insurance on her former husband, she had to fax MetLife written instructions. Otherwise, his coverage would continue.

3

23.     The MetLife representative did not tell Plaintiff that her ex-husband's coverage was automatically terminated by the divorce.

24.     Plaintiff did not send MetLife written instructions, but chose to keep the insurance in force.

25.     Plaintiff's ex-husband passed away on March 13, 2012.

26.     Plaintiff then contacted MetLife to make a claim for the life insurance benefits. MetLife connected her to the United Benefits Service Center. Plaintiff was told by The United Benefit Service Center representative that she could not make a claim because her husband was not eligible for coverage since the divorce.

27.     On November 20, 2012, Plaintiff's counsel wrote a letter to MetLife demanding payment of the life insurance benefits and setting forth the law on this issue.

28.     Plaintiff's counsel's letter also set forth the reasons that Plaintiff believes this matter is not subject to ERISA and asked MetLife to provide proof showing that the claim falls outside the "safe harbor" provisions of ERISA.

29.     On November 29, 2012, MetLife sent Plaintiff's counsel a claim form.

30.     Plaintiff completed the Claimant's Statement and on December 17, 2012, Plaintiff's counsel mailed the Statement to MetLife with a copy of the November 20, 2012 letter.

31.     On December 26, 2012, MetLife denied the claim and asserted that the policy was subject to ERISA, but provided no evidence or argument as to why it did not fall outside the "safe harbor" provisions of ERISA.

32.     On February 22, 2013, Plaintiff, through counsel, appealed the denial, renewed the request for proof regarding ERISA, and provided additional facts regarding how the policy was sold and how Plaintiff notified MetLife of her divorce through its agent.

4

33. On March 1 2013, MetLife acknowledged receipt of Plaintiff's appeal letter with a letter which stated, in part, "[d]ue to special circumstances, it will be necessary to further evaluate this claim; therefore, completion will be delayed for a short period of time."

34. On May 29, 2013, Plaintiff's counsel wrote to MetLife requesting the status of its evaluation of the appeal.

35. On June 4, 2013, MetLife responded a letter which restated the information in its March 1, 2013 letter.

36. On September 18, 2013, Plaintiff's counsel again wrote to MetLife requesting the status of its evaluation of the appeal. MetLife made no response.

37. On November 12, 2013, Plaintiff's counsel again wrote to MetLife requesting the status of its evaluation of the appeal. MetLife made no response.

38. Demand has been made upon MetLife to pay benefits pursuant to the insurance contract and Plaintiff has fully performed each and every act required to be performed by her in accordance with the terms and conditions of the insurance contract.

39. MetLife has intentionally rejected Plaintiff's claim and refused to pay and continues to refuse to pay the benefits of the insurance contract to Plaintiff's damage.

40. Defendant has breached and continues to breach its duty of good faith and fair dealing owed to Plaintiff in the following respects:

    A.   MetLife denied benefits under the insurance contract without a reasonable basis for denying benefits, with knowledge or reckless disregard of the lack of a reasonable basis for denying the benefits;

    B.   MetLife unreasonably delayed benefits under the insurance contract without a reasonable basis for delaying benefits, with knowledge or reckless disregard of the lack of a reasonable basis for delaying benefits;

5

C.   MetLife failed to acknowledge and act reasonably and promptly upon communications with respect to Plaintiff's claim arising under the insurance contract;

D.   *MetLife intentionally failed to provide the insured with the security and protection from calamity which are the objects of the insurance contract.*

41.   Plaintiff is informed and believes and, therefore, alleges that Defendant is in breach and continues to be in breach of its duty of good faith and fair dealing owed to Plaintiff by other acts or omissions of which Plaintiff is presently unaware. Plaintiff will seek leave of Court to amend this Complaint at such times as Plaintiff discovers the other acts or omissions of Defendant constituting such breach.

42.   As a proximate result of the wrongful conduct of Defendant, Plaintiff has suffered and will continue to suffer anxiety, worry, mental and emotional distress, out-of-pocket expenses, and other consequential damages, all to Plaintiff's general damages.

43.   As a result of the acts of Defendant, Plaintiff is, and shall continue to be, required to employ legal counsel and to incur financial obligation in an amount presently unknown to Plaintiff. Plaintiff is entitled to recover attorneys' fees pursuant to A.R.S. §12-341.01.

44.   The Defendant has acted and will continue to act in such a way as to justify the award of punitive damages.

45.   The Plaintiff demands a jury trial on all counts of this complaint.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

i.   For a just and reasonable amount as actual damages for failure to provide benefits under the insurance contract;

ii.   For a just and reasonable amount as general damages;

6

iii.    For punitive and exemplary damages in a just and reasonable amount appropriate to punish Defendant and to deter Defendant and others from engaging in similar conduct in the future;

iv.    For reasonable attorneys' fees and costs incurred herein; and

v.    For such other and further relief as the Court deems just and proper.

## COUNT TWO

## (BREACH OF CONTRACT)

1.    All allegations of COUNT ONE above are incorporated by reference as if fully set forth herein.

2.    MetLife has breached the insurance contract with Plaintiff to Plaintiff's damage.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

i.    For a just and reasonable amount as actual contract damages for failure to provide benefits under the insurance contract;

ii.    For reasonable attorneys' fees and costs incurred herein; and

iii.    For such other and further relief as the Court deems just and proper.

## COUNT THREE

## (DECLARATORY JUDGMENT)

1.    All allegations of COUNT ONE above are incorporated by reference as if fully set forth herein.

2.    By reason of the foregoing, declaratory judgment is both necessary and proper in order to set forth and determine the rights, obligations, and liabilities which exist between the parties in connection with the aforementioned policy.

WHEREFORE, Plaintiff respectfully requests the Court to enter judgment as follows:

i.    Declaring that pursuant to the aforementioned policy, Plaintiff is owed the *benefits of the life insurance;*

7

1      ii.    Awarding Plaintiff her costs and reasonable attorneys' fees incurred herein

2           pursuant to A.R.S. §12-341.01; and

3      iii.   Awarding any such other and further relief as the Court deems just and

4           proper under the circumstances.

5    DATED this _20th_ day of January, 2014.

6                        ARNETT & ARNETT

7

8                        By _____

                          Mark W. Arnett

9                        1120 South Dobson Road • Suite 110

10                      Chandler, Arizona 85286

11                      Attorneys for the Plaintiff

**EXHIBIT 1**



# ⬇ First

**REVIEW YOUR PERSONAL
ENROLLMENT WORKSHEET**

- Make sure your information is correct.
- If as a result of an address change, you are eligible for different benefit options, you will be sent new enrollment materials.

**REVIEW YOUR DEPENDENT(S)
COVERAGE**

- If there is a "Yes" next to your dependent's name on the Dependents & Travel Eligibles section of your Personal Enrollment Worksheet, this indicates that they currently have coverage under your medical, dental, vision and/or travel privileges, as applicable.
- To add or drop coverage for an eligible dependent submit the change online at *www.ualbenefits.com* or call the United Benefits Service Center at 1-888-825-0188.
  - Some HMOs may offer coverage to eligible dependents beyond age 21 if they are not full-time students.
- If you have any *ineligible dependents*, such as a *child who is 22 or older and is no longer a full-time student*, a *stepchild who no longer resides with you*, or an *ex-spouse/domestic partner*, call the United Benefits Service Center to remove them from your benefits coverage.

**REVIEW YOUR AVAILABLE
CHOICES AND DECIDE ON YOUR
2010 BENEFIT ELECTIONS**

Go to *www.ualbenefits.com* to review medical, dental and vision plan summaries for your available options. You may call the medical, dental and vision plan(s) using the telephone numbers listed on your personal enrollment worksheet for coverage and provider information. Before selecting a medical, dental or vision option, you should contact the plan to see if there are participating network providers in your area that are accepting new patients.

# ⬇ Second

**YOU HAVE TWO OPTIONS**

1. Enroll online at *www.ualbenefits.com* or
2. Call the United Benefits Service Center between October 28 and November 18, 2009 at 1-888-825-0188. Representatives are available Monday through Friday, 7 a.m. to 7 p.m. Central time.

**PLEASE HAVE THE FOLLOWING INFOR-
MATION AVAILABLE WHEN YOU ENROLL**

- Your Personal Enrollment Worksheet.
- Your 6-digit employee ID.
- Your Personal Identification Number (PIN) – which can be found at the top right hand corner of your Personal Enrollment Worksheet.
- Physician or medical center ID number for you and your dependents, if you enroll in an HMO/DHMO.
- Annual contribution amount for a Flexible Spending Account (FSA).

**IF YOU DO NOT MAKE NEW
BENEFIT ELECTIONS**

- Your current medical, dental and vision options (if still available) and coverage level will remain in effect for 2010.
- You will not be enrolled in the Health Care or Dependent Care FSA in 2010.
- For salaried and management employees, fleet technical instructors, maintenance instructors and IFPTE represented employees, if you are currently enrolled in the Traditional Dental option and do not make a new benefit election, you will automatically be enrolled in the new Dental PPO option at your current coverage level effective January 1, 2010.
- You will be automatically enrolled in the applicable PPO options at your current coverage level.

# Take Action

➔ **Action is necessary if you want to:**

- Change your current medical, dental, vision or 24-hour Personal Accident Insurance coverage
- Waive a plan you are currently enrolled in
- Contribute to the Health Care or Dependent Care FSA in 2010

- Add or drop a dependent
- Authorize automatic crossover
- Elect direct deposit of your FSA reimbursements into your bank account

EXHIBIT 2

# MetLife®

## GROUP UNIVERSAL LIFE REPORT

### FOR THE PERIOD OF JANUARY 01, 2011 THROUGH DECEMBER 31, 2011

CUSTOMER NAME: UNITED AIR LINES INC.

| | | |
|---|---|---|
| Covered Person: | EDWIN WIESEMAN | Certificate Effective Date: 06/01/2008 |
| | | Final Date of Certificate: 06/01/2052 |
| Owner: | VICKIE R FERGUSON | |
| | 102 W PALOMINO DR #128 | Certificate #: 0096995-XXX-XX-XXXX-0 |
| | CHANDLER AZ 85225 | |

## CERTIFICATE BENEFITS

| | Beginning Values 12/31/2010 | Ending Values 12/31/2011 |
|---|---|---|
| Specified Amount: | $30,000.00 | $30,000.00 |
| Accumulation (Cash) Fund: | 0.48 | 0.70 |
| Cash Value: | 0.48 | 0.70 |
| Death Benefit: | 30,000.48 | 30,000.70 |
| Accelerated Benefits Option: | INCLUDED | INCLUDED |

*Brenda Webster*

*1-800-651-1007*

## FINANCIAL ACTIVITY SUMMARY

| | | | |
|---|---|---|---|
| Your Cash Fund as of | 12/31/2010 | $ | 0.48 |
| Gross Contributions: | (+) | | 125.80 |
| Expense Charges | (-) | | 0.00 |
| Cost of Insurance | | | |
| (Base) | (-) | | 125.70 |
| (Rider) | (-) | | 0.00 |
| Cash Withdrawals | (-) | | 0.00 |
| Interest Credited | (+) | | 0.12 |
| Cash Fund as of | 12/31/2011 | | 0.70 |

* 2011 Old Money Interest Rate  ( 4.00 )%   **2011 New Money Interest Rate ( 4.00 )%
* 2012 Old Money Interest Rate  ( 4.00 )%   **2012 New Money Interest Rate ( 3.00 )%

The rates noted above are effective annual interest rates.   *The Old Money Interest Rate applies to money contributed as of 12/31 of the previous calendar year.   **The New Money Interest Rate applies to money contributed during the applicable calendar year or time period.

Metropolitan Life Insurance Company
200 Park Avenue, New York, NY 10166

Seq #: 000787          N4AN1F.SCR (08/09)

## LOAN ACTIVITY

| Balance as of 12/31/2010 | | Loans Taken | | Loans Repaid | | Balance as of 12/31/2011 |
|---|---|---|---|---|---|---|
| $0.00 | + | $0.00 | - | $0.00 | = | $0.00 |

During this period you paid          $0.00      in interest on your loan. Loan interest is charged daily at the rate we set from time to time. This rate will never be more than the maximum permitted by law and will not change more than once a year on the Plan Anniversary Date. Interest not paid is added to the loan. Interest credited on the portion of the Cash Fund that equals the loan will be based on a rate we set periodically. This rate will  never be less than the current loan interest rate less 2.0%.

## EXPIRY INFORMATION

If no more payments are made, your certificate will terminate on:
a.  02/29/2012  , assuming guaranteed interest, expenses, and cost of insurance rates.
b.  02/29/2012  , assuming current interest, expenses, and cost of insurance rates.
Expiry information is based on the current report period. If you are currently on payroll deduction, your premiums will be automatically applied.  There are no additional payments due at this time.

The projected results of your insurance certificate will change with variations in interest rates, expense charges, administrative charges, specified amount of insurance, and the frequency, timing and amount of your contribution payments.  The information contained here assumes that your coverage will continue at the full amount until your coverage ends.  If your certificate provides for a reduction of your face amount of coverage, your cost of insurance may decrease, and your certificate may continue beyond the dates shown above.  Projected values assumed no loans and cash withdrawals.

## HIGHLIGHTS

Lump sum contributions  are permitted at any time as long as they do not exceed Federal Regulatory Guidelines. Your maximum allowable contributions according to these Federal Guidelines, including regular monthly payroll contributions, is a total of          $8,598.04 as of  02/11/2012.

This maximum will change with variations in interest rates, cost of insurance rates, expense charges, specified amount of insurance, and the frequency, timing and amount of your contribution payments.  Each contribution may be subject to a one time administrative charge.

If you have any questions now or in the future about this report or any part of your Group Universal Life insurance please call MetLife's toll free number provided for your convenience, 1-800-523-2894.

## IMPORTANT CERTIFICATE OWNER NOTICE

You should consider requesting more detailed information about your certificate to understand how it may perform in the future.  You should not consider replacement of your certificate or make changes in your coverage without requesting a current illustration.  You may annually request, without charge, such an illustration by calling 1-800-523-2894, or writing to:

MetLife
P.O. Box 14402
Lexington KY 40512-4402

If you do not receive a current illustration of your certificate within 30 days from your request, you should contact your state insurance department.

N4AN1B.SCR (04/09)

# EXHIBIT 2

 CT Corporation

**Service of Process Transmittal**
02/07/2014
CT Log Number 524366597

TO:     Kaiper Wilson
        Metropolitan Life Insurance Company
        1095 Avenue of the Americas
        New York, NY 10036-6796

RE:     **Process Served in Arizona**

FOR:    Metropolitan Life Insurance Company (Domestic State: NY)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Vickie R. Ferguson, etc., Pltf. vs. Metropolitan Life Insurance Company, etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Exhibit(s), Attachment(s), Certificate(s), Demand for trial jury |
| **COURT/AGENCY:** | Maricopa County - Superior Court, AZ<br>Case # CV2014090139 |
| **NATURE OF ACTION:** | Insurance Litigation - Plaintiff prays for the judgment against defendant in the served matter |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 02/07/2014 postmarked on 02/06/2014 |
| **JURISDICTION SERVED :** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Mark W. Arnett<br>Arnett & Arnett P.C.<br>1120 South Dobson Road<br>Suite 110<br>Chandler, AZ 85286<br>480 839 4600 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/10/2014, Expected Purge Date: 02/15/2014<br>Image SOP<br>Email Notification, CTServiceof Process ctserviceofprocess@metlife.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Issis Gonzalez<br>2390 E. Camelback Road<br>Phoenix, AZ 85016<br>602-381-9104 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7013 2250 0002 0167 7568



ARIZONA DEPARTMENT OF INSURANCE
2910 North 44th Street, Suite 210
Phoenix, Arizona 85018-7269

METROPOLITAN LIFE INS CO
CT CORPORATION
2390 EAST CAMELBACK RD
PHOENIX AZ 85016
CV2014090139

# EXHIBIT 3



**ARNETT & ARNETT** P.C.
ATTORNEYS AT LAW    BROTHERS IN FACT
1120 SOUTH DOBSON ROAD, SUITE 110
CHANDLER, ARIZONA 85286
PHONE (480) 839-4600

Mark W. Arnett
State Bar No. 11375
mark@arizonainsurancelaw.com
Attorneys for the Plaintiff



COPY

JAN 28 2014
MICHAEL K. JEANES, CLERK
R. ROMERO
DEPUTY CLERK

IN THE

# Superior Court

## STATE OF ARIZONA

### MARICOPA COUNTY

---------------

|  |  |
|---|---|
| VICKIE R. FERGUSON, a single woman,<br><br>*Plaintiff,*<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>*Defendant.* | CV2014-090139<br><br>NO. CV_____<br><br>CERTIFICATE ON COMPULSORY<br><br>ARBITRATION |

1    The undersigned certifies that he knows the dollar limits and any other limitations set

2  forth by the local rules of practice for the superior court of Maricopa County, and further

3  certifies that this case **is not** subject to compulsory arbitration, as provided by Rules 72 through

4  76 of the Arizona Rules of Civil Procedure.

1    DATED this _20th_ day of January, 2014.

2                                     ARNETT & ARNETT

3                                     By _____

4                                     Mark W. Arnett

5                                     1120 South Dobson Road • Suite 110

6                                     Chandler, Arizona 85286

7                                     Attorneys for the Plaintiff

8    <u>Served</u> with Complaint

2

# EXHIBIT 4

COPY



**ARNETT & ARNETT** P.C.
ATTORNEYS AT LAW   BROTHERS IN FACT
1120 SOUTH DOBSON ROAD, SUITE 110
CHANDLER, ARIZONA 85286
PHONE (480) 839-4600

JAN 2 8 2014

MICHAEL K. JEANES, CLERK
R. ROMERO
DEPUTY CLERK

COURT
SEAL

Mark W. Arnett
State Bar No. 11375
mark@arizonainsurancelaw.com
Attorneys for the Plaintiff

IN THE

# Superior Court

### STATE OF ARIZONA

MARICOPA COUNTY
---------------

VICKIE R. FERGUSON, a single woman,

        *Plaintiff,*

vs.

METROPOLITAN LIFE INSURANCE
COMPANY, a New York corporation,

        *Defendant.*

CV2014-090139

NO. CV_____

DEMAND FOR A TRIAL BY JURY

1        Pursuant to Rule 38(b), Arizona Rules of Civil Procedure, Plaintiff hereby demands a

2  trial by jury in the above-captioned matter.

3        DATED this 28ᵗʰ day of January, 2014.

4                           ARNETT & ARNETT

5                           By _____

6                           Mark W. Arnett

7                           1120 South Dobson Road • Suite 110

8                           Chandler, Arizona 85286

9                           Attorneys for the Plaintiff

10  Served with Complaint

# EXHIBIT 5

# SUMMARY PLAN DESCRIPTION
## FOR
## FLIGHT ATTENDANTS
### IN THE
## UNITED AIRLINES
## EMPLOYEE WELFARE BENEFIT PLAN

This Summary Plan Description ("SPD") is designed to provide you with a description of the United Airlines Employee Welfare Benefit Plan (the "Plan"), sponsored by United Air Lines, Inc. (the "Company").

Unless otherwise mentioned, this SPD reflects the terms of the Plan that are applicable to individuals who are covered under the Plan on January 1, 2011. Please read this entire SPD carefully so you will understand the benefits offered by the Plan.

This SPD outlines the provisions of the Plan, as applicable to employees of the Company and its participating subsidiaries classified as "Flight Attendants." The Plan also covers other employee groups and a separate SPD is available for each employee group.

This SPD is a simplified description of the major features of the Plan, including each of the Benefit Programs offered under the Plan. Special situations which affect a limited number of employees may not be covered in this SPD. Each of the benefits described in this SPD is governed solely by the terms of a separate legal document or contract. If there is a conflict between this SPD and the Plan documents controlling the operation of the Plan, the Plan documents will govern.

# SUMMARY PLAN DESCRIPTION
## FOR
## FLIGHT ATTENDANTS
### IN THE
## UNITED AIRLINES
## EMPLOYEE WELFARE BENEFIT PLAN
## TABLE OF CONTENTS

This SPD includes the following Summaries:

General Plan Information.................................................................. Section G

Medical PPO Option .................................................................... Section M

HMO Option .......................................................................... Section HMO

Dental Benefits......................................................................... Section DE

Vision Benefits......................................................................... Section V

Flexible Spending Program............................................................ Section F

Employee Assistance Program ....................................................... Section E

Sick and Disability Program .......................................................... Section DI

Life and Accident Program ........................................................... Section L

Benefits After Retirement............................................................. Section R

# GENERAL PLAN INFORMATION

## TABLE OF CONTENTS

Section 1.  Introduction ................................................................................................ G-1

Section 2.  Participation ............................................................................................... G-2

Section 3.  When Coverage Ends ................................................................................. G-11

Section 4.  Continuation of Coverage ......................................................................... G-14

Section 5.  Maintenance of Benefits ........................................................................... G-22

Section 6.  Health Care Claims and Appeal Procedures ............................................ G-24

Section 7.  Glossary .................................................................................................... G-27

Section 8.  Plan Information ....................................................................................... G-36

January 2011

# GENERAL PLAN INFORMATION

## Section 1.  Introduction

**ABOUT THE PLAN**

You will be eligible to participate in the Plan, a comprehensive welfare benefit plan designed to help provide you with financial security during your working years and after retirement.

You may obtain a copy of the documents comprising the Plan upon written request, or you can refer to copies of each such document on file with the Employee Service Center (OPCHR) at 1200 East Algonquin Road, Elk Grove Township, Illinois 60007.  There is a charge for obtaining copies.  You may write the Employee Service Center for details and cost information.

**TYPE OF PLAN**

The Plan is designed and administered as a cafeteria plan under Section 125 of the Internal Revenue Code of 1986, as amended (the "Code").  In accordance with Code Section 125, a Participant who is actively employed by the Company may pay for certain benefits offered under the Plan on a pre-tax basis through salary reductions.  In addition, a Participant may elect to contribute a portion of his salary to the Flexible Spending Program, also on a pre-tax basis.

The Plan is comprised of various types of Benefit Programs, summarized as follows:

**HEALTH CARE**

- Medical Program (i.e., the Health and Wellness PPO Option, the Medical PPO Option, or an HMO – not all options are available to all employee groups)

- Dental Program (i.e., the Traditional Dental Option, or the DHMO – not all options are available to all employee groups)

- Vision Program

- Flexible Spending Program

- Employee Assistance Program

**SICK AND DISABILITY**

- Sick Leave Program

- Long Term Disability (LTD) Benefit

**LIFE AND ACCIDENT\***

- Company Life

- Invalidated Life

- Accidental Death and Dismemberment (AD&D)

- Special Hazards

- Group Universal Life (GUL)

- Optional Dependent Life

- 24-Hour Personal Accident Insurance Plan

\* Please note, all options may not be available to all employee groups.

**BENEFITS AFTER RETIREMENT**

- Retiree Medical Program

- Retiree Life

- All Conveyance

## Section 2.  Participation

Eligibility requirements for the specific benefits offered under the Plan are discussed in the chapters of the SPD describing those benefits.

**ENROLLING FOR COVERAGE**

You may enroll as follows:

- via the internet at www.ualbenefits.com, or

- by calling the United Benefits Service Center (UBSC) at 1-888-825-0188.

If you are a new Employee eligible to elect coverage, or were previously an ineligible Employee who became eligible, you can enroll for coverage (including coverage for your eligible Dependents) in the Benefit Programs during your first 30 days of employment.  You can find the current cost of coverage, and additional information needed to complete enrollment, through the sources listed above.

If you do not enroll yourself or a Dependent within 30 days after becoming eligible, you or your Dependent may not be enrolled until the next Annual Enrollment Period, unless a qualifying family or work status change event occurs that permits you to enroll or add a Dependent to your coverage. (See "Qualifying Family or Work Status Change Events," below.) You may not enroll any of your Dependents for a component benefit program unless you enroll (or are enrolled) in that program.

Please note, falsification or misrepresentation of information provided to the Company could result in your being required to reimburse the Plan for all expenses that may have been paid on behalf of any individual who is not eligible for benefits. You also may be subject to disciplinary action, up to and including termination of employment.

**TEAM ELIGIBILITY**

If you or your Spouse or Qualified Domestic Partner are both Employees of the Company, you are referred to as a "team" and special eligibility and coverage provisions apply to you under the Medical and Dental Programs.

As a team, you have three options:

- You each may enroll for medical coverage in a PPO Option (for dental coverage, the Traditional Dental Option) and cover the other as a Dependent. You will each pay the required monthly contributions for your coverage. Note, however, that the Maintenance of Benefits provisions (described in the *General Plan Information* section) will apply and will eliminate any benefit of duplicate coverage. You should carefully evaluate if covering each other as a Dependent is appropriate.

- If you and your Spouse or Qualified Domestic Partner are both eligible, one of you may enroll for medical coverage in an HMO Option (for dental, a DHMO Option) and cover the other, as a Dependent, and all Dependent Children, if any. The other team member may not separately enroll for medical coverage in a PPO Option (for dental, the Traditional Dental Option) or another HMO (for dental, another DHMO) and must waive his or her coverage.

- You may each enroll in separate medical coverage, either an HMO Option (for dental, a DHMO Option) for which you are eligible, or a PPO Option (for dental, the Traditional Dental Option). In this instance, if you have any Dependent Children, all eligible Dependent Children must be covered by only one of you.

| | |
|---|---|
| **TAXATION OF DOMESTIC PARTNER COVERAGE** | If your Qualified Domestic Partner is covered as a Dependent (and is not an Employee of the Company), then the value of the coverage (for medical and dental coverage, based on the Company's cost of coverage for the "1 Adult" coverage tier) must be reported as additional income to you and is taxed accordingly. This is considered non-cash (or imputed) income that is added to your other taxable wages. Your net paycheck will be less than it would be without the imputed income because the imputed income is subject to applicable income tax withholding and FICA taxes. |
| **ANNUAL ENROLLMENT PERIOD** | During the Annual Enrollment Period, which is usually during the fourth calendar quarter of the Plan Year, you will be provided with an opportunity to change your coverage, and that of your Dependents, effective as of the following January 1. |
| | Once you enroll in any of the Benefit Programs, you only need to re-enroll each year if you want to change your prior elections or if the coverage option you previously elected is no longer available. If your previous coverage option is no longer available and you do not make a new election during the Annual Enrollment Period, then you will automatically be enrolled in a default coverage option selected by the Plan Administrator, in its sole discretion. Otherwise, your elections will automatically continue in effect from year to year, <u>except</u> for your election to participate in the Flexible Spending Program. **You must complete a new election form each year you wish to participate in the Flexible Spending Program.** |
| **REEMPLOYMENT** | If your employment terminates, and you are subsequently rehired by the Company, you may or may not be eligible to make new elections. |
| | If you are rehired within 30 days after your termination, the coverages in effect immediately before your termination will be reinstated. |
| | If you are rehired more than 30 days after your termination, you have a choice as to whether or not to resume coverage and you may make new coverage elections. |
| **QUALIFYING FAMILY OR WORK STATUS CHANGE EVENTS** | Your elections under the Medical, Dental and Vision Programs and the Flexible Spending Program are valid for an entire year and you will generally not be allowed to change your elections until the next enrollment period. This is because the IRS requires that you commit to participating in such a plan or program for the entire year in order to receive the tax advantage of paying for your premiums for that plan or program with pre-tax dollars. |

However, the IRS does provide exceptions that allow you to change your elections mid-year. You can change your elections under the Medical, Dental, Vision and/or the Flexible Spending Programs if you experience a change in status or if you experience a special event that entitles you to make new elections under such plan(s) or program. Except as provided otherwise, a mid-year election change will take effect on the first day of the month following the applicable change in status or other special event.

***Change in Status:*** The IRS currently defines a "change in status" as one of the following events:

- A change in your marital status, including your marriage, legal separation, divorce or annulment;

- The birth, adoption, and placement for adoption of your Dependent Child;

- The death of your Dependent;

- The commencement or termination of employment by you or your Dependent;

- A change in your or your Dependent's employment status, including a strike or lockout, a layoff, a switch between part-time and full-time employment, or the commencement or return from an unpaid or significantly reduced paid leave of absence;

- Any other change in your or your Dependent's employment status that affects eligibility to participate in one or more benefit plans in which they are enrolled for the Plan Year;

- Your and/or your Dependent's Medicaid or State Children's Health Insurance Program coverage is terminated due to a loss of eligibility; or

- You and/or your Dependent become eligible for a premium assistance subsidy under Medicaid or a State Children's Health Insurance Program.

Generally, you must notify the Plan Administrator within 30 days after one of the above change in status events if:

- you and/or your Dependents become eligible for group health plan coverage and you wish to add such individual(s), or

- you wish to change the level of coverage previously elected for yourself and/or your Dependents.

However, if you and/or your Dependents terminate Medicaid or State Children's Health Insurance Program coverage due to loss of eligibility, or become eligible for a premium assistance subsidy under those programs, then you must notify the Plan Administrator of your desire to change coverage within 60 days after the corresponding change in status event.

In addition, you must notify the Plan Administrator within 60 days after one of the above change in status events if a Dependent becomes ineligible for group health plan coverage, or else such individual will lose his or her eligibility for COBRA continuation coverage. Please note, however, that any change in your elections must be consistent with the change in status that you experienced. The Plan Administrator, in its sole discretion, will determine whether your elections are consistent with your change in status.

The Plan Administrator may require you to provide proof of your change in status, such as birth certificates, divorce decrees, etc.

***Other Special Events:*** In addition to the changes in status described above, you may also have an opportunity to immediately change your elections under the Medical, Dental and/or Vision Programs (including elections not to participate) upon the occurrence of one of the following events. In addition, you may change your Dependent Care FSA election under certain circumstances (as described below).

- **HIPAA special enrollment.** You acquire special enrollment rights in the Medical, Dental and Vision Programs due to your loss of other insurance coverage or the addition of a Dependent, as provided under the Health Insurance Portability and Accountability Act (HIPAA). You may enroll yourself and your dependents for medical, dental and/or vision coverage, even if you were not previously enrolled, within 30 days after the following special enrollment events:

➢ You declined medical, dental and/or vision coverage because you or your Dependent had other coverage and the other coverage ends because:

   – You or your Dependent are no longer eligible for such coverage (whether such coverage was provided through another employer, private insurance or otherwise);

   – You or your Dependent exhaust COBRA coverage under another employer's group health plan (other than due to a failure to pay contributions or cause); or

   – Company contributions toward the other group health plan coverage terminate.

   If you timely enroll, coverage will take effect on the first day after the event that causes you to lose coverage.

➢ You acquire a Dependent as a result of a marriage, birth, adoption or placement for adoption.  If you timely enroll, coverage will take effect on the date you acquired the new Dependent.

➢ Effective January 1, 2011, your Dependent Child's coverage previously ended, or he or she previously was denied (or was not eligible for) coverage, under the Medical, Dental and/or Vision Programs because he or she became ineligible for coverage as a Dependent Child before the attainment of age 26.

➢ Based on the eligibility criteria for coverage as a Dependent Child under the Medical, Dental and Vision Programs, effective January 1, 2011 (see "Dependent Child" definition in Glossary), your child becomes (or is required to become) eligible for Medical, Dental and Vision Program coverage as a Dependent.

➢ Your and/or your Dependent's coverage under the Medical Program previously ended by reason of reaching a lifetime limit on the dollar value of all benefits, and you and/or your Dependent (as applicable) would otherwise be eligible for Medical Program coverage beginning January 1, 2011.

**If you do not request the change within the applicable 30-day special enrollment period, you lose special enrollment rights for that event.**

Please note, these special enrollment rights permit you to enroll only yourself and your affected Dependents. If you elect to change your Medical, Dental and/or Vision Program coverage under these special enrollment rights, you may also elect to change your Health Care FSA election for the applicable period. Contact the Plan Administrator for more information regarding your rights under HIPAA.

- **QMCSO.** The Plan Administrator receives a notice or an order that qualifies as a "qualified medical child support order" (as described below) that requires you to pay for Dependent coverage that is available through the Plan. You may change your group health plan elections at any time if required to do so by a QMCSO. *This change will be effective on the first day of the month following the QMCSO's effective date or the date of notification, whichever is later.*

- **Medicare or Medicaid.** You or your Dependent (including your Spouse) become enrolled in, or lose, medical coverage under Medicare or Medicaid (other than under a program solely providing pediatric vaccinations). You may change your Medical Program election under the Plan if your Medicare or Medicaid entitlement changes. *This change will be effective on the first day of the month following the effective date of your Medicare or Medicaid coverage or your date of notification, whichever is later. Please note, you may not change your Health Care FSA election upon becoming enrolled in, or losing, Medicare or Medicaid coverage.*

- **Substantial change in cost of coverage.** There is a substantial change in the premium rate for benefits. Please note, however, that if the cost of coverage increases or decreases by an <u>insubstantial</u> amount, you will <u>not</u> be allowed to change your coverage elections and your contributions to the Plan will automatically increase or decrease to cover or account for the rate change. You may change a Medical, Dental or Vision Program election within 30 days of a substantial change in cost of coverage. *Please note, you may not change your Health Care FSA election upon a substantial change in the cost of coverage.*

In addition, you may change your Dependent Care FSA election mid-year if the cost of dependent care substantially increases (unless your dependent care provider is a relative), or if you change dependent care providers mid-year and your new provider charges substantially more or less than your previous provider. Such an election change must be made within 30 days of the corresponding change in the cost of dependent care.

- **Significant curtailment of coverage that is not a loss of coverage.** If your coverage is significantly curtailed without a loss of coverage, you may revoke your election, but must make a new election for similar coverage under another option offered under the applicable Benefit Program. You may change a Medical, Dental or Vision Program election within 30 days of a significant curtailment of coverage. *Please note, you may not change your Health Care FSA election upon a significant curtailment of coverage that is not a loss of coverage.*

- **Significant curtailment of coverage with a loss of coverage.** If your coverage is significantly curtailed with a loss of coverage, you may revoke such coverage and make a new election for similar coverage under another option offered under the applicable Benefit Program, if available, or drop coverage if no similar benefit option is available. You may change a Medical, Dental or Vision Program election within 30 days of a significant curtailment of coverage. *Please note, you may not change your Health Care FSA election upon a significant curtailment of coverage with a loss of coverage.*

- **Addition or improvement of benefit package option providing similar coverage.** If, during a period of coverage, a Benefit Program adds a new coverage option or significantly improves an existing coverage option, you may be allowed to elect the new option or improved existing option prospectively on a pre-tax basis and revoke your previous Benefit Program election. You may change a Medical, Dental or Vision Program election within 30 days after such an addition or improvement of coverage. *Please note, you may not change your Health Care FSA election if a new benefit option is offered that adds or improves coverage.*

- **Coverage change of another employer plan.** You may prospectively modify or revoke your coverage elections during the Plan Year if such change is on account of and corresponds with a coverage election change made by your Spouse, former Spouse or Dependent Child under a plan of another employer. For example, you will be able to make a corresponding change under this Plan if your Spouse drops his or her Benefit Program coverage during an Annual Enrollment Period, or makes a change on account of a change in status or a special enrollment.

  You may change a Medical, Dental or Vision Program election within 30 days after such a coverage change under a corresponding group health plan of another employer. *Please note, you may not change your Health Care FSA election upon a coverage change of another employer plan.*

**As with a change in status, any change in your Plan elections that you are allowed to make as a result of one of the above events must be consistent with the event.** The Plan Administrator, in its sole discretion, will determine whether you are eligible to change your election and whether the change is consistent with your situation.

*How to Change Your Elections:* If you experience a change in status or other event described above and you want to change your Plan elections as a result, contact the UBSC by calling 1-888-825-0188 or via the web at www.ualbenefits.com as soon as possible. **You must enroll within the applicable period described above with respect to each event permitting an election change.** Any change in your contributions will become effective with the earliest possible pay period after your election change takes effect.

**DELETING DEPENDENTS**

If one of your Dependents ceases to be eligible for coverage under the Medical, Dental or Vision Programs, within 60 days after the date your Dependent becomes ineligible you must notify the UBSC via the internet at www.ualbenefits.com or by calling 1-888-825-0188. This includes situations where:

- Your Dependent Child loses eligibility (see "Dependent Child" definition in Glossary);

- You and your Spouse divorce; or

- Your Qualified Domestic Partnership is terminated.

If the Company determines that your Dependent is no longer eligible for coverage, he or she will immediately be removed from coverage as of the ineligibility date. You may also be held liable for reimbursing the

Plan for any expenses paid by the Plan on your Dependent's behalf after he or she was no longer eligible for coverage.

**QMCSO**

Under some circumstances, you may be required by a court of law to provide medical, dental or vision coverage for your child. In this case, a court will issue a Qualified Medical Child Support Order ("QMCSO"). A QMCSO can also give the child's legal guardian the right to receive reimbursement directly from a group health plan (e.g., the Medical, Dental and/or Vision Programs) for health care bills he or she has paid; the right to assign benefits from such a group health plan to medical providers; and the right to receive explanations of benefits under the group health plan.

If you are enrolled in an HMO and/or DHMO and a QMCSO requires the Medical Program and/or Dental Program to provide coverage to a child who lives outside of your HMO's service area, then your membership in the HMO will terminate and you and each of your Dependents will be covered under the Medical PPO Option (unless the Health and Wellness PPO Option is the only PPO option available to you, in which case you will be enrolled in the Health and Wellness PPO Option) and/or the Traditional Dental Option.

You may get a copy of the QMCSO procedures without charge by calling the UBSC at 1-888-825-0188.

## Section 3.  When Coverage Ends

**FOR YOU**

*Please note, this section addresses termination of coverage for the Medical Program, Dental Program, Vision Program, and Flexible Spending Program only.  Information regarding termination of Employee Assistance Program, Sick and Disability Program, and Life and Accident Program coverage can be found in the SPD chapters describing those coverages.*

Your coverage under the Medical Program, Dental Program, Vision Program and Flexible Spending Program ends on the last day of the calendar month during which the first of the following occurs:

- you are no longer eligible,

- you are no longer an active Employee of the Company (unless you are on a Company-approved leave with benefits or special leave to retirement, you are a non-striking Employee who has ceased work because of a work stoppage by striking Employees, or you are a Flight Attendant who is on a voluntary furlough),

- you are laid off,

- you do not pay the required contribution for coverage (subject to any applicable grace period and/or termination notice), or

- the Plan (or any Benefit Program covering you) terminates.

However, if any of the above events occur on the first day of the month, your coverage will end on that day.

**FOR YOUR DEPENDENT**

Unless your Dependent is eligible for, and elects to receive, coverage in the event of your death (as described below), your Dependent's coverage ends on the last day of the calendar month during which the first of the following occurs:

- your coverage ends,

- you terminate your Dependent's coverage,

- your Dependent is no longer eligible for coverage,

- you do not make the required contribution for coverage, or

- the Plan (or any Benefit Program covering you) terminates.

However, if any of the above events occurs on the first day of the month, your Dependent's coverage will end on that day.

**EXTENDED DEPENDENT COVERAGE IF YOU DIE WITH AT LEAST 10 YEARS OF SERVICE**

If you die after completing 10 or more years of service, each of your Dependents may elect to extend his or her coverage under the Medical and/or Dental Programs. For purposes of this Section, your "years of service" are measured from your most recent seniority date as reflected on the Company's employment records.

The monthly cost of coverage for a Dependent who elects to extend his or her coverage under this Section will be equal to the required contributions paid by active Employees for Dependent coverage during such period.

*Please note, generally, a Dependent who elects to extend Medical and/or Dental Program coverage upon your death will not be eligible for COBRA continuation coverage when such extended coverage ends, except in the case of a Dependent Child who ceases to meet the definition of "Dependent Child," as modified by the next paragraph.*

A surviving Spouse who remarries or a surviving Qualified Domestic Partner who enters into another Domestic Partnership will cease to be eligible for extended Medical and Dental Program coverage. However, a Dependent Child will continue to receive extended coverage until he or she ceases to meet the definition of "Dependent Child," modified as follows. Your Dependent Child will be treated as primarily dependent on you if he or she is primarily dependent on your surviving Spouse or the child's legal guardian.

If your surviving Spouse or Qualified Domestic Partner attains age 65 or becomes enrolled in Medicare before attaining age 65, he or she and any Dependent Children will cease to be eligible for extended coverage under the Medical and Dental Programs. If your Spouse or Qualified Domestic Partner was enrolled in the Medical Program, he or she may elect to enroll for individual or family coverage under the Retiree Medical Program. However, under these circumstances, your Spouse or Qualified Domestic Partner who loses extended Dental Program coverage due to becoming enrolled in Medicare, plus your Dependent Children (if any), will not be eligible to continue such dental coverage under COBRA.

**CERTIFICATES OF CREDITABLE COVERAGE**

The Health Insurance Portability and Accountability Act of 1996 (HIPAA) makes it easier for people changing jobs to be eligible for medical coverage without being subject to a new employer's pre-existing condition exclusion.

When you leave the Company and lose Medical Program coverage, you and your Dependent automatically will be provided with a certificate that shows how long you or your Dependent have had coverage with the Company. This written "certificate of creditable coverage" confirms the length and type of coverage you had under the Medical Program. Using this certificate, you will be able to reduce or eliminate any pre-existing condition exclusion a new employer's plan or insurance policy imposes.

The following rules apply to certificates of creditable coverage under the Medical Program:

- Your certificate shows only your "creditable coverage" beginning on your first day of coverage under the Medical Program.

- You will not receive creditable coverage for any medical coverage you had before a break in coverage of 63 days or more.

If you or your Dependents elect COBRA continuation coverage, another certificate of creditable coverage is provided when COBRA continuation coverage ends. If you do not receive a certificate, or if you lose your certificate, you may request another one within 24 months after your coverage ends. Please contact the UBSC to obtain a certificate.

## Section 4.   Continuation of Coverage

**COBRA CONTINUATION COVERAGE RIGHTS**

The Consolidated Omnibus Budget Reconciliation Act of 1986, as amended (COBRA) provides you and your covered Dependents the right to continue your Medical, Dental and Vision Program, and Health Care FSA coverage for a period of time if coverage is lost because of a "qualifying event." Health Care FSA coverage is only available for the remainder of the Plan Year in which coverage is lost

*Please note, if you are entitled to Medicare coverage, you should consider the benefits available to you under Medicare before electing to continue your Medical Program coverage under COBRA.*

Although COBRA continuation rights do not apply to a covered Dependent who is a Qualified Domestic Partner, the Medical Program offers continuation coverage similar to COBRA continuation coverage for a Qualified Domestic Partner, but only if the Qualified Domestic Partner would otherwise lose his or her coverage due to your death, termination of the domestic partnership or your termination of employment. In either case, coverage is continued for the Qualified Domestic Partner for only up to 18 months.

**QUALIFYING EVENTS**

For Employees, the qualifying events are:

- a termination of employment; or

- a loss of eligibility for coverage due to a reduction in scheduled work hours.

For Dependents, the qualifying events are:

- the Employee's termination of employment;

- the Employee's loss of eligibility for coverage due to a reduction in scheduled work hours;

- the Employee's death;

- the Employee's divorce or legal separation or termination of his or her domestic partnership;

- a Dependent Child's ceasing to qualify as an eligible Dependent under the Plan; or

- the Employee's termination of coverage as a result of becoming covered by Medicare.

**MAXIMUM COBRA COVERAGE PERIOD**

If the qualifying event is a termination of your employment or a reduction of hours, coverage for each individual can generally be continued for 18 months from the date that coverage is terminated.

The coverage period can be extended to 29 months if any covered person is determined to be disabled for Social Security purposes at any time during the first 60 days of COBRA coverage continuation. If requested, the covered person must provide proof (at his or her expense) of Social Security Disability.

The coverage period for your Dependent can be extended to 36 months if, within the initial 18-month period (or 29-month extended period), coverage under the Plan would otherwise terminate because of a "second qualifying event" such as the Employee's death, a Dependent ceasing to be an eligible Dependent under the terms of the Plan, or you and your Spouse becoming divorced or legally separated.

If you became entitled to Medicare benefits less than 18 months before becoming eligible to elect COBRA on account of terminating employment or a reduction in your hours, then your Spouse and Dependent Child(ren) have a COBRA continuation coverage period that ends 36 months after you became entitled to Medicare.

If the qualifying event is your death, divorce or legal separation, or your Dependent's ceasing to be an eligible Dependent under the Plan, the COBRA continuation coverage period will be 36 months from the date of the event.

If you are on a qualified leave under the Family and Medical Leave Act (FMLA), the COBRA continuation coverage period will not start until your FMLA leave terminates.

Any period of time for which the Company provides continued coverage with employer subsidized premium cost (as described under the "Subsidized COBRA Continuation Coverage Under Medical Program" later in this section) will be included as part of the total required COBRA coverage period. The maximum COBRA coverage periods described above will not be extended even though coverage under the Plan is continued unintentionally, resulting in a delay in termination of coverage, or the Company reduces or subsidizes, in whole or in part, the premium an individual is required to pay for

COBRA coverage.  The continuation coverage periods described above are maximum periods that may be reduced.  *Please see "Termination of Continuation Coverage" later in this section for more information. Also, for special rules that apply to military leave, please see "Special Rules for Continuation of Coverage during Military Leave under USERRA."*

**REQUIRED NOTICE TO COBRA ADMINISTRATOR**

There are four instances in which you are required to notify the COBRA Administrator of an event.  The notice must be in writing, must contain the information described below, and must be mailed by first class mail, postage prepaid and addressed to the COBRA Administrator:

> **United Benefits Service Center**
> **P.O. Box 9280**
> **West Des Moines, IA  50266**
> **1-800-729-3049**

*(1) Divorce or loss of Dependent Child status.*  You or your Dependent must notify the COBRA Administrator of your divorce or if your child ceases to qualify as a Dependent under the Plan within 60 days of the later of:

- the date of the qualifying event;
- the date coverage is lost as a result of the qualifying event; or
- the date on which your child is informed of the responsibility to provide notice and the Plan's notice procedures.

**If the COBRA Administrator is not given notice within 60 days, the right to continue coverage will be lost for the affected individual.**

The written notice must contain the following information:  (a) your name, address and Social Security number; (b) the name, address and Social Security number of your Spouse and each Dependent Child covered by the Plan; (c) a description of the qualifying event; (d) the date of the qualifying event; and (e) a list of the group health plans under which the affected individuals are covered.

*(2) Disability Determination.*  If you or any of your Dependents are eligible for COBRA coverage as a result of your termination of employment or reduction in hours and elected COBRA coverage, the coverage period can be extended to 29 months if the Social Security Administration determines that you or any covered Dependent are disabled at any time within the first 60 days of COBRA continuation coverage (whether or not the disabled Dependent elected COBRA coverage).  To be eligible for this additional 11 months of COBRA continuation coverage, you must notify the Plan Administrator of the Social Security Administration's determination within 60 days after the

determination is made and before the expiration of 18 months following the qualifying event. **If the COBRA Administrator is not given written notice within 60 days after the Social Security Administration determination and within the 18 month continuation period, the right to the disability extension will be lost.**

The written notice must contain the following information: (a) your name, address and Social Security number; (b) the name, address and Social Security number of your Spouse and each Dependent Child covered by the Plan; (c) a copy of the Social Security Administration notice of determination; and (d) a list of the group health plans under which the affected individuals are covered.

*(3) End of Disability.* If the Social Security Administration determines that you or your Dependent has ceased to be disabled, you or your Dependent must notify the COBRA Administrator within 30 days.

The written notice must contain the following information: (a) your name, address and Social Security number; (b) the name, address and Social Security number of your Spouse and each Dependent Child covered by the Plan; (c) a copy of the Social Security Administration notice of determination; and (d) a list of the group health plans under which the affected individuals are covered.

*(4) Second Qualifying Event.* Your Spouse and/or Dependent Child(ren) may extend an initial 18- or 29-month period of continuation coverage if, during the initial period of continuation coverage, any of the following events occur:

- your divorce or legal separation or termination of your domestic partnership;

- your death;

- your Medicare entitlement; or

- your Dependent Child ceases to qualify as a Dependent Child.

In that case, the original continuation coverage period is extended to a maximum of 36 months from the date of the first qualifying event.

Your Spouse or Dependent must notify the COBRA Administrator within 60 days of the date of the second qualifying event. **If the COBRA Administrator is not given written notice within 60 days, the right to extend continuation coverage will be lost.**

| | |
|---|---|
| **COVERAGE AVAILABLE FOR CONTINUATION** | If you elect COBRA continuation coverage, you may elect to continue the group health plan coverage in effect immediately before the qualifying event.  If, however, the coverage provided to similarly situated Employees is eliminated and the Company continues to maintain other medical, dental, vision and/or health care flexible spending account coverage, you will have the right to elect such other coverage. |

While you can only elect to continue the group health plan coverage you had at the time of the qualifying event, as long as you continue your coverage, you will have the same coverage options you would have had if the qualifying event had not occurred.  For example, you may be able to change to a different coverage option offered by the Company during an Annual Enrollment Period or add coverage for newly acquired Dependents.  (If a qualifying beneficiary adds a Spouse or Dependent after the qualifying event, the Spouse or Dependent will not have any independent COBRA continuation rights, except for Dependent Children born to, placed for adoption with or adopted by the Employee during the Employee's COBRA coverage period.)

| | |
|---|---|
| **WHO MAY ELECT COBRA COVERAGE** | If you are eligible for COBRA continuation coverage, you can make the election for yourself and for any one or more of your Dependents who are eligible for COBRA continuation coverage.  If you do not make the election, your Spouse can make the election for himself or herself and any Dependent Children.  Finally, if neither you nor your Spouse makes the election for a Dependent Child, the Dependent Child may make the election for himself or herself.  (A child who is born to, or placed for adoption with, the Employee while the Employee is continuing coverage under COBRA and who becomes covered by the Plan will have independent COBRA election rights as if he or she were covered at the time of the qualifying event.) |
| **COBRA ELECTION PERIOD** | After a qualifying event or receiving notice of a qualifying event (if notice is required), the COBRA Administrator will send you a notice regarding your COBRA election rights.  You will have 60 days from the date of such notice (or from the date your coverage would otherwise terminate because of the qualifying event, if the coverage would stop after the notice is sent) in which to file a written election to continue your coverage.  **If you and your Dependents do not file COBRA elections within the 60-day period, you and your Dependents will lose the right to continue your coverage under the Plan.  The election must be filed with the COBRA Administrator at the address specified in the election form.** |

**SECOND COBRA ELECTION PERIOD UNDER TRADE ACT**

The Trade Act of 2002 (the "Trade Act") created a new tax credit for certain individuals who become eligible for trade adjustment assistance (eligible individuals) and provides an additional opportunity to elect COBRA.  An eligible individual who did not elect COBRA coverage will have a second 60-day COBRA election period beginning on the first day of the month in which he or she is determined to be an eligible individual, but only if the election is made within six months after the original termination of employment.  Any COBRA coverage elected during this second election period will begin with the first day of the second election period, rather than on the date coverage terminated (the COBRA coverage will not be made retroactive to the date of the qualifying event).

Under the Trade Act, eligible individuals can either take a tax credit or get advance payment of 65% of the premiums paid for qualified health insurance, including COBRA continuation coverage.

Assistance under the Trade Act is available only to a limited group of individuals.  To be eligible, you must (a) have lost your job or had hours reduced as a result of import competition or a shift of production to other countries, (b) be determined by the U.S. Department of Labor to be eligible, (c) apply for assistance, and (d) satisfy additional detailed eligibility requirements.  If you have questions about eligibility for assistance under the Trade Act, you may call the Health Care Tax Credit Customer Contact Center toll-free at 1-866-623-4282.   TTD/TTY callers may call toll-free at 1-866-626-4282.  More information about the Trade Act is also available at www.doleta.gov/tradeact/2002act_index.cfm.

**COBRA CONTRIBUTIONS**

If you and/or your Dependents elect to continue coverage under the Medical Program, Dental Program, Vision Program or Health Care FSA, you and/or your Dependents are responsible for the entire cost of coverage, plus a 2% administrative charge.  The "cost of coverage" for you and your Dependents for a Health Care FSA is the monthly salary reduction you last elected for the year in which the qualifying event occurs.

Note:   You and your Dependents are not subject to the 2% administrative charge if you are on an educational leave, personal leave or military leave.

Please note, if you and/or your Dependents elect to continue coverage under HMO or DHMO Options, see the applicable certificate booklet for information regarding the contributions required for such coverage.

**NO COBRA COVERAGE PENDING ELECTION OR PAYMENT**

You will not have COBRA coverage until you have elected the coverage and made the required premium payment (as described below). Once you make the election and pay the premium, coverage will be reinstated retroactively to the date you lost your coverage.

**SUBSIDIZED COBRA CONTINUATION COVERAGE UNDER MEDICAL AND DENTAL PROGRAMS**

Under the following circumstances, if you or your Dependent Child lose coverage under the Medical and/or Dental Programs and elect continuation coverage under COBRA (as described above), the Company will subsidize the cost of such COBRA coverage for a portion of the COBRA period:

*Upon Your Death:* If your Dependents lose coverage under the Medical and/or Dental Programs as a result of your death and you completed less than 10 years of service, each Dependent who timely elects COBRA continuation coverage will receive an employer subsidy for 3 months. For purposes of this paragraph, your "years of service" are measured from your most recent seniority date as reflected on the Company's employment records.

Your Dependents' monthly cost of coverage during the period of subsidized COBRA coverage will be equal to the required contributions paid by active Employees for Dependent coverage during such period.

*Upon Layoff:* If your Medical and/or Dental Program coverage terminates because you are placed on layoff and you timely elect COBRA continuation coverage, you will receive an employer subsidy for the first 3 months of the COBRA period. Your monthly cost of coverage during this 3-month period will be equal to the required contributions paid by active Employees for such coverage. The 3-month subsidy period will be suspended if you return to work to fill a temporary vacancy and will resume when that service ends.

Please note, this employer subsidy is in addition to any subsidy to which you may be entitled under federal or state law.

To the extent you and your Dependents are provided an employer subsidy (as described above), such coverage will offset against any period of continuation coverage which the Company must legally provide under COBRA.

**SPECIAL RULES FOR CONTINUATION OF COVERAGE DURING MILITARY LEAVE UNDER USERRA**

If your coverage terminates because you are absent from work to perform military service subject to USERRA, coverage can generally be continued for 27 months.

The first three months of continuation coverage provided to you and your eligible Dependents will be at the same rates available to active Employees who are billed directly for coverage. In order to receive this continued coverage, you must pay for this coverage as billed.

If you elect to continue coverage beyond three months (by filing a written election to continue coverage as described in the "COBRA Election Period" section), the following 24 months of continuation coverage will be provided at the COBRA premium rate described above in "COBRA Contributions."

Generally, to be eligible to continue your Medical, Dental and Vision Program coverage (and coverage for your Dependents) and/or your Health Care FSA contributions while on active military duty, you must provide, unless it is impossible to do so, notice to the Company of your absence from employment at least 30 days before your departure for military service. Please contact the UBSC for more information regarding your rights under USERRA.

**TERMINATION OF CONTINUATION COVERAGE**

Your continuation coverage under COBRA or USERRA will terminate when the first of the following events occurs.

- The applicable 18-, 27-, 29- or 36-month continuation period ends.

- You fail to pay the initial premium within 45 days after your election, in which case you will be treated as not having elected to continue your coverage.

- You fail to pay any other premium within 30 days after it is due, in which case your coverage will end as of the end of the last month for which you made a timely premium payment.

- After electing continuation coverage, you or your Dependent become:

  – covered by any other group health plan that does not limit or exclude coverage for you because of a pre-existing condition, or

  – with respect to continuation coverage under the Medical Program only, entitled to Medicare benefits.

Coverage already in place at the time of the continuation coverage election will not cause termination of continuation coverage.

- The Plan or applicable Benefit Program terminates or the Company goes out of business.

- For COBRA continuation coverage that is continued beyond 18 months because of disability, the disabled person ceases to be disabled, in which case the coverage will terminate as of the first day of the month that begins at least 30 days after date of the Social Security Administration's determination that the person is no longer disabled.

- For USERRA continuation coverage, if you fail to report back to work or apply for reemployment within the time period required under USERRA. Please contact the UBSC for more information on the applicable time periods.

## Section 5.  Maintenance of Benefits

If both you and a Dependent work, it is possible for you and your family to be covered under more than one group health care plan. The Health and Wellness PPO Option, Medical PPO Option, and Traditional Dental Option contain maintenance of benefits provision to coordinate coverage under the plans. This means that the Medical and Dental Programs work with other group plans (including Medicare and non-U.S. national health insurance, in the case of the Medical Program) to provide you with benefits up to the benefit amount provided by the higher plan. Consequently, if this Plan is the secondary plan and the primary plan covers a claim at a level which is less than the coverage under the Plan, the Plan will only pay the portion of the claim necessary to bring the total coverage up to the level provided under the Plan.

**PRIMARY PLAN**

The plan that pays first is called the primary plan. The primary plan pays without regard to any other plan.

**SECONDARY PLAN**

The secondary plan will only pay after the primary plan has paid the benefit allowable under the primary plan.

**COORDINATION WITH ANOTHER GROUP HEALTH PLAN**

The following table will help you to determine which of your family's group medical or dental plans is primary and which is secondary.

| If ... | Then ... |
|---|---|
| You are covered by two plans and the other plan does not have a coordination of benefit provision, | The other plan is always considered primary and always pays first |

| | |
|---|---|
| You are covered by two plans and the other plan has coordination of benefit provision, | The plan which covers you as an active Employee is considered primary for your expenses, and, if both cover you as an active Employee, the plan that has covered you the longer period of time is primary. |
| Your Spouse or Dependent is covered by the Plan and his or her employer's plan, | Your Spouse's or Dependent's employer plan is primary for his or her covered expenses. |
| You are married and not legally separated and your Dependent Child is covered by the Plan and another plan (as a Dependent), | The birthday rule is used. The plan of the parent whose birthday occurs earlier in the year is primary. If the birthdays are the same, the plan that has covered one of the parents for the longer time will be primary. |
| You are divorced or legally separated and your Dependent Child is covered by the Plan and another plan (as a Dependent), | The primary plan is that of the parent with court ordered financial responsibility for the child's medical expenses, next is the plan of the parent with custody, third is the plan of the spouse of the parent with custody of the child. |
| Your Spouse is covered by the Plan as an Employee and as your Dependent. | The Plan is primary for your Spouse as an Employee and is secondary for your Spouse as a Dependent. |
| You are covered under the Plan and, as a COBRA beneficiary, under another employer's plan. | COBRA coverage is secondary to the plan covering you as an active Employee. |
| None of the above rules applies. | If none of the above rules determines the order of payment, then the plan that has covered you longer pays before the plan that has covered you for the shorter period of time. |

If you have coverage under more than one group health plan, you must file all claims with each plan. Failure to do so will delay payment of your claim.

**COORDINATION WITH MEDICARE**

Under current law, you and your Dependents become eligible for Medicare at age 65. Medicare is considered secondary for active Employees and their Dependents who are eligible for Medicare coverage (except for certain cases of renal failure). Medicare is considered primary for retired Employees and their Dependents who are eligible for Medicare coverage. If you are retired and eligible for Medicare Part B, then the Plan will treat you as covered by Medicare Part B even if you fail to enroll for coverage. Medicare is also considered primary for certain disabled Employees who become eligible

for Social Security disability benefits before age 65.  If you are eligible for Medicare Part A on account of your disability and you are receiving disability benefits from the Company for more than six months, or receiving Social Security disability benefits, then the Plan will treat you as covered by Medicare Part A and B even if you fail to enroll for Part B coverage.

Please notify the UBSC once you start Medicare benefits.

If Medicare is primary for you and/or a Dependent, when submitting a claim to the Medical Program, please be sure to submit any Explanation of Benefits (EOB) you receive from Medicare.  The combination of what Medicare pays and what the Medical Program pays may not exceed what the Medical Program alone would have paid.

**COORDINATION WITH TRICARE**

TRICARE is government-sponsored health care coverage for military personnel on active duty.  The coordination of your benefits under TRICARE works differently from the rules governing coordination with another employer plan or Medicare.  If you or your Dependents are receiving benefits under TRICARE, generally TRICARE will be the secondary payer with respect to any benefit offered under the Plan.  For more information on how TRICARE coordinates with Medical Program and Dental Program coverage, please consult your TRICARE handbook or contact the UBSC.

## Section 6.  Health Care Claims and Appeal Procedures

**CLAIMS RELATING TO ELIGIBILITY TO PARTICIPATE**

The Plan provides benefits only to those individuals who meet the Plan's eligibility criteria.  The UBSC determines whether or not a particular individual is eligible to participate in the Plan.

If your claim relates to eligibility, the UBSC will provide you with written notice of the decision on your claim within 90 days after the claim is received.  Under special circumstances, the time for making a decision may be extended an additional 90 days provided you are notified of the extension within 90 days after the claim is received.

**APPEALING AN ELIGIBILITY CLAIM DENIAL**

If you or your Dependent file a claim and it is denied on the basis that the claimant is not eligible to participate in the Plan or a Benefit Program, you may appeal the denial to the UBSC within 180 days after the date the claimant receives notice of the adverse decision.  Your appeal must be in writing and should include an explanation of why you believe the denial was issued in error.  You may either fax your appeal to 1-515-875-0741 or mail it to the following address:

**ADP Benefit Services**
**P. O. Box 10329**
**Des Moines, IA   50306**

The following is a sample list of reasons that a claim may be denied on the basis of eligibility:

- You or your Dependent are no longer covered under the Benefit Program because you or your Dependent failed to pay the required contributions by the due date.

- You or your Dependent are not covered under the Benefit Program because you failed to enroll yourself or your Dependent in the Benefit Program within the requisite time period.

- An individual you attempted to add as a Dependent failed to meet the eligibility requirements of the Plan or Benefit Program.

If, after reviewing your appeal, the UBSC does not reverse its decision, you will be notified of the specific reason(s) for denial.  You may obtain copies of any relevant documents, free of charge.  You may then send a second, written appeal, within 180 days from the date you receive the notice of denial, to the Company's Plan Committee at the following address:

**United Airlines – OPCHR**
**Attention:  Plan Committee**
**P. O. Box 66100**
**Chicago, IL   60666-0100**

The Plan Committee generally meets on a monthly basis.  The Plan Committee will provide you with its decision regarding your appeal within 60 days of the date that your appeal is received, unless there are special circumstances requiring an extension to 120 days, in which case, you will be notified of the extension.

If the UBSC reverses its decision on any level of appeal and your coverage under one or more Benefit Programs is restored retroactively, the applicable premiums for the restored period (up to the next occurring billing date, if applicable) will be deducted from your next paycheck after you are notified of the decision. If you are billed directly for your Benefit Program premiums, all premiums due must be submitted to reinstate benefits.  If you were previously enrolled in an HMO, your reinstatement will be subject to the HMO's retroactive reinstatement rules/policy.

**FILING CLAIMS FOR BENEFITS**

To obtain your benefits under the Plan, you may have to file a claim. The benefits available to you under the Plan are described in separate chapters of this SPD, each of which explains the claims procedures applicable to the benefit described therein. You may contact the Claims Administrator, insurance company or HMO/DHMO for the relevant benefit to obtain the proper claim forms or for any additional information you need.

Claims relating to HMO or DHMO benefits should be filed with the applicable HMO or DHMO. Other claims should be filed with the Claims Administrator or insurance company as specified in the instructions contained on the appropriate claim form.

The Plan Administrator or its delegate has the sole authority to determine who is eligible for the Plan, what benefits they are entitled to under the terms of the Plan, what the terms of the Plan mean, and any other claims under the Plan. The Plan Administrator's decision is final and binding. For insured benefits, the Plan Administrator has delegated to the insurance company its authority to determine benefits under the applicable policies.

**PROCESSING AND APPEAL OF BENEFIT CLAIMS**

For a discussion of the processing of benefit claims and your rights to have an adverse benefit decision reviewed, including various deadlines for taking action, please refer to the separate sections of this SPD.

**RIGHT TO REIMBURSEMENT**

The Plan has a right of reimbursement when the Plan has paid health care expenses for you or your Dependents and those expenses are later recovered from a third party who is responsible for paying those expenses. The Plan's recovery is primary to all expenses, including attorney's fees, but is limited to the amount of the award or the amount paid by the Plan, whichever is smaller.

Please note, certain Benefit Programs may set forth additional terms and conditions related to the Plan's right to reimbursement.

**LEGAL ACTION**

With respect to the Medical Program (other than the Health and Wellness PPO Option) and the Dental Program, legal action may not be commenced more than three years after a claim was submitted or was required to be submitted. With respect to all other Benefit Programs under the Plan, legal action may not be commenced more than 12 months after a claim was submitted or was required to be submitted. Also, you may not file a legal action until you have exhausted your claim and appeal rights for the benefit claim.

If you want to take legal action for any reason related to a benefit claim, you may serve legal process on:

**Corporate Secretary**
**United Air Lines, Inc.**
**77 W. Wacker Drive, Suite 1000**
**Chicago, Illinois 60601**

Legal process may also be served on the Plan Administrator.

## Section 7.  Glossary

The following definitions shall apply throughout the SPD, <u>except</u> if a term defined below is also defined in the *Sick and Disability Program* or *Life and Accident Program* chapters, the definition below will not govern in the chapter(s) containing the alternative definition(s).

| | |
|---|---|
| ANNUAL ENROLLMENT PERIOD | "Annual Enrollment Period" means a period designated by the Plan Administrator during which an Employee has the opportunity to elect to participate in the various Benefit Programs offered under the Plan effective as of the following January 1. |
| BENEFIT PROGRAMS | "Benefit Programs" means the various Benefit Programs offered under the Plan which are described in this SPD. |
| CODE | "Code" means the Internal Revenue Code of 1986, as amended. |
| COMPANY | "Company" means United Air Lines, Inc. |
| CONCURRENT CARE CLAIM | "Concurrent Care Claim" means a claim related to an ongoing course of treatment to be provided over a certain (i) period of time, or (ii) number of treatments for which benefits have been approved.  Any reduction or termination by the Plan of concurrent care benefits is considered an adverse decision. |
| COSMETIC | "Cosmetic" means services provided primarily to improve an individual's appearance or self-esteem. |
| COVERED EXPENSES | "Covered Expenses" means the medical or dental expenses incurred by an Employee or Dependent that are recognized as payable under the Health and Wellness PPO Option, Medical PPO Option or Traditional Dental Option, subject to certain exclusions identified within the applicable SPD chapters. |

| | |
|---|---|
| **CUSTODIAL CARE** | "Custodial Care" means services or supplies that are designed essentially to assist the individual in his or her activities of daily living and personal care (such as help in walking; getting in or out of bed; assistance in bathing, dressing, feeding, or using the toilet; preparation of special diets; and supervision over medication which can usually be self administered) and that (i) can be safely and effectively provided by an individual without the professional training or technical skills of licensed medical or nursing personnel, or (ii) are not provided under a specific program of Therapeutic Treatment determined by BCBS or an HMO to likely improve the patient's condition materially within a reasonable period of time. |
| **DENTALLY NECESSARY** | "Dentally Necessary" means that the supply or service is, in the determination of the Plan Administrator or its delegate, (i) reasonably likely to be effective in curing or materially alleviating the patient's dental sickness or injury, (ii) not significantly more invasive or expensive than another course of treatment having similar or better likelihood of success, (iii) appropriate under the patient's circumstances, and (iv) not educational, or Investigational or Experimental. |
| **DEPENDENT** | For all Benefit Programs *other than* the Flexible Spending Program, your Dependent includes: |

- your Spouse, or

- your Qualified Domestic Partner, and

- your Dependent Child.

Please see the *Flexible Spending Program* chapter for descriptions of individuals on whose behalf you may incur expenses that are reimbursable under the Health Care FSA or Dependent Care FSA.

| | |
|---|---|
| **DEPENDENT CHILD** | Your eligible Dependents include a Dependent Child who is: |

- your Child younger than age 26, and

- your unmarried Child who is older than age 26, who is primarily dependent (over 50%) on you for support and maintenance and who has been continuously incapable of self-sustaining employment because of a mental or physical disability since before age 26. Self-sustaining employment means that your Child is able to work on a full-time basis (typically 40 hours per week) and earns at least the federal minimum hourly wage. Such Child will cease, forever, to be a Dependent Child on the first date such Child is no longer primarily dependent on you for support or is able to earn a living.

You must provide the Plan Administrator with satisfactory proof of your Dependent Child's disability within 60 days before the date the child attains age 26 and at any later time.  If proof is requested by the Plan Administrator and is not furnished within 60 days of such request, such Child will cease to be considered a Dependent Child effective as of such 60th day.  You may request a Disabled Child/Dependent Certification Form by calling the UBSC at 1-888-825-0188 or you may obtain a copy of the form at www.ualbenefits.com.  Documentation must be provided and approved before adding a disabled Child as a Dependent Child.

*"Child" Defined.*   The term "Child" includes your child by birth or legal adoption, including a child legally placed in your custody for your adoption.  The term "Child" also includes any child who is primarily dependent (over 50%) upon you for support and maintenance, is living with you in a normal parent-child relationship and is:

- your stepchild;

- a child of your Qualified Domestic Partner;

- a child for whom you are a court-appointed legal guardian; or

- a child who is related to you by blood or marriage (other than a step-child), but only if neither of the child's parents is living with you and such child's eligibility is approved by the Plan Administrator.

Supporting documentation must be provided when requested by the UBSC.  Call the UBSC at 1-888-825-0188 for details.

*Supporting Documentation.*   Proof that a Child is a Dependent Child may be established with the following documentation.

- For a Child under age 26, proof of eligibility:

    - Birth certificate for child; or
    - Record of birth showing the Employee as the parent, certified by custodian of such records.

- For a Stepchild under age 26, proof of eligibility:

    - Same documentation as above; and
    - Certificate of marriage between the Employee and the parent of the Child.

- For an adopted Child under age 26, proof of eligibility:

  - Final adoption papers for the Child; or

  - Documentation from an accredited agency that includes the date of placement and shows that the Employee is responsible for complete support of the Child.

Failure to provide requested documentation by the specified date or falsification or misrepresentation of information provided by you could result in denial of coverage for your Child, disciplinary action against you, and/or you being obligated to reimburse the Plan for any expenses paid on your Child's behalf during any period in which he or she was not eligible for coverage.

**ELIGIBLE PROVIDER**  "Eligible Provider" means any of the following when acting within the scope of his or her license to practice: Licensed Physician; Doctor of Chiropractic, (D.C.); Licensed Acupuncturist, (L.A.C.), Audiologist, MA CCC-A, MED CCC-A; Certified Registered Nurse Anesthetist (CRNA); Occupational Therapist (O.T.); Physical Therapist, R.P.T.; Podiatrist, (D.P.M.); Speech Therapist, MS CCC, MA CCC; Physician's Assistant (P.A.); Nurse Practitioner; Dental Surgeon, DDS; Christian Science Practitioner; and Marriage and Family Therapist, (M.F.T.).

**EMERGENCY MEDICAL CARE**  "Emergency Medical Care" means services provided for the initial outpatient treatment, including related diagnostic services, of an Injury or Sickness displaying itself by acute symptoms of sufficient severity (including severe pain, convulsions, or difficulty breathing) that a prudent layperson possessing average knowledge of health and medicine, could reasonably expect that the absence of immediate medical attention could result in:

- placing the health of the individual (or with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy;

- serious impairment to bodily functions; or

- serious dysfunction of a bodily organ or part.

**EMPLOYEE**  "Employee" means an employee of the Company.

| | |
|---|---|
| **HOSPITAL** | "Hospital" means an institution determined by BCBS to be (i) an institution that is licensed and operated in accordance with the laws of the jurisdiction in which it is located pertaining to hospitals that maintain on its premises all of the facilities necessary to provide for the diagnosis and medical and surgical treatment of Injury or Sickness and that provides such treatment for compensation by or under the supervision of Licensed Physicians on an inpatient basis with a continuous 24-hour nursing service by nurses; (ii) an institution that qualifies under Medicare as a hospital, a psychiatric hospital, or a tuberculosis hospital, that qualifies as a provider of services under Medicare, and that is accredited as a hospital by the Joint Commission on Accreditation of Hospitals; (iii) an institution that specializes in the treatment of substance abuse or chemical dependency, that provides residential treatment programs, that is licensed in accordance with the laws of the jurisdiction in which it is located by the appropriate legally authorized agency, and that is approved under uniform criteria established by BCBS; (iv) certain free-standing surgical facilities (as defined in the Medical Program); (v) certain licensed birthing centers which are staffed, equipped and licensed to provide services in connection with childbirth that is accredited by the joint commission or accreditation of health care organizations or another sanctioned government body; or (vi) an institution that BCBS determines would satisfy one of the paragraphs (i) through (v) above, but for the fact that the jurisdiction in which it is located does not provide for licensing such facilities and it would satisfy the criteria for licensing such facility in at least one state of the U.S. |
| **INJURY** | "Injury" means any bodily harm caused by an external force. |
| **INVESTIGATIONAL OR EXPERIMENTAL** | "Investigational or Experimental" means any procedure, drug, device, service, or supply that is provided or performed in a special setting for research purposes or under a controlled environment, or is awaiting endorsement by the appropriate National Medical Specialty College or federal government agency for general use by the medical community at the time administered.   Investigational or Experimental drugs or medications include those that are not approved by the Food and Drug Administration for the condition being treated at the time used or administered.  Investigational or Experimental procedures include any procedure for which the patient is required to sign a consent form as part of a clinical investigation. |

| | |
|---|---|
| **LICENSED CLINICAL SOCIAL WORKER** | "Licensed Clinical Social Worker" means an individual who has a master's degree from an accredited school in social work, counseling or psychology, has at least two years of post-graduate supervised clinical social work experience, and is licensed as a social worker or comparable professional according to the laws of the state in which he or she practices. |
| **LICENSED PSYCHOLOGIST** | "Licensed Psychologist" means an individual who is duly licensed as a "clinical psychologist" according to the laws of the state in which he or she practices, has a doctor's degree and has at least 1,000 hours of clinical experience. |
| **MAINTENANCE CARE** | "Maintenance Care" means services and supplies that are part of a treatment or course of treatment determined by the Claims Administrator not to have a reasonable expectation of significantly improving the patient's condition. |
| **MEDICALLY NECESSARY** | "Medically Necessary" means that the services or supplies are, in the determination of the Plan Administrator or its delegate: (i) appropriate and required for the diagnosis or treatment of the patient's condition; (ii) safe and effective in curing or materially alleviating the patient's Sickness or Injury according to accepted clinical evidence reported by generally recognized medical professionals or publications or provided in a clinically controlled research setting using a specific research protocol that meets standards equivalent to those defined by the National Institutes of Health for a life threatening or seriously debilitating condition; (iii) required for reasons other than the convenience of the patient, Licensed Physician, or other Eligible Provider; (iv) provided because there is not a more appropriate place of service or less intensive treatment or diagnostic alternative that could have been used in lieu of the place of service or service or supply given; and (v) not educational, Investigational or Experimental, obsolete or done primarily for research. |
| **MENTAL ILLNESS** | "Mental Illness" means a disorder of the mental process that is recognized as a treatable condition by the American Academy of Psychiatry and is generally treated with drug therapy, shock therapy, psychiatric analysis and treatment, or a combination of these methods. |
| **PARTICIPANT** | "Participant" means an Employee or Dependent who is covered under one or more of the Benefit Programs, either automatically or by enrolling in accordance with the applicable procedures. |

| | |
|---|---|
| **PHYSICIAN OR LICENSED PHYSICIAN** | "Physician" or "Licensed Physician" means an individual who is practicing within the scope of his or her license and who is licensed to prescribe and administer drugs or to perform surgery, namely, a Doctor of Medicine (M.D.) or a Doctor of Osteopathy (D.O.). |
| **PLAN** | "Plan" means the United Airlines Employee Welfare Benefit Plan. |
| **PLAN YEAR** | "Plan Year" means the calendar year. |
| **POST-SERVICE CLAIM OR APPEAL** | "Post-Service Claim" means a claim for payment for services or supplies that have already been provided (or an appeal thereof). |
| **PRE-SERVICE CLAIM OR APPEAL** | "Pre-Service Claim" means a request for approval that the Plan requires before receiving services or supplies (or an appeal thereof), even if the approval does not guarantee that a benefit will be paid. Pre-authorization, pre-certification, and utilization review decisions are pre-service claims. |

The time frame for deciding a Pre-Service Claim (or Appeal) varies based on the claim's urgency:

- ***"Urgent Claim."*** A Pre-Service Claim is an "Urgent Claim" if (i) the application of the time period for making a Non-Urgent Claim decision could seriously jeopardize the claimant's life, health, or ability to gain maximum function or subject the claimant to severe pain that cannot be managed without the requested treatment, or (ii) a physician with knowledge of the claimant's medical condition considers the claim urgent.

- ***"Non-Urgent Claim."*** A Pre-Service Claim is a "Non-Urgent Claim" if neither of the above criteria for Urgent Claims applies.

| | |
|---|---|
| **QUALIFIED DOMESTIC PARTNER** | "Qualified Domestic Partner" means your same-gender domestic partner for whom you have filed the required proof of domestic partnership with the Company and with whom your domestic partnership has not terminated. |

Proof of your domestic partnership is established by:

- a certified copy of the registration of your same gender relationship under a government sponsored registry service;

- a certified copy of a certificate of same gender civil union from a state which gives legal recognition to that relationship; or

- a notarized written Company-approved affidavit of domestic partnership signed by both you and your domestic partner, with supporting documentation.

Your domestic partnership will not be recognized by the Company and your domestic partner will not be eligible for benefits unless (or until) 6 months have elapsed since the termination (other than on account of death) of a previous domestic partnership of either you or your domestic partner.

Your Qualified Domestic Partner will no longer be eligible to participate as a Qualified Domestic Partner on the date the Company's requirements for qualifying as a domestic partner are no longer satisfied. Termination of your domestic partnership can be established by:

- deregistration under a government sponsored registry;

- a certified copy of an order of dissolution (or similar order) of same gender civil union from a state which legally recognizes a same gender civil union;

- a notarized Company-approved written Affidavit of Termination of Domestic Partnership; or

- as otherwise determined by the Company.

Company-approved forms are available on www.ualbenefits.com.

*Please note, some HMOs do not offer coverage to domestic partners. The HMO is the final authority in determining eligibility for domestic partners under an HMO option.*

**REASONABLE AND CUSTOMARY**

"Reasonable and Customary" means, for medical services and supplies provided in the United States and charged by a non-PPO Network provider, that the amount does not exceed an amount determined by BCBS to be the amount that approximately 85% (with up to a 5% variance) of the providers or suppliers in a specific geographic area charge for the specific service or supply. Reasonable and Customary charges for medical services performed outside the U.S. will be determined by BCBS.

In the case of surgical expenses, Reasonable and Customary charges for multiple surgical procedures performed during the same operative session will be determined by the following rules:   (a) if multiple surgical procedures are performed through the same incision, 100% of Reasonable and Customary charges for the primary procedure will be considered Reasonable and Customary.  No additional allowance will be made for any procedures that are included in the primary procedure allowance.  Not more than 50% of Reasonable and Customary charges for other surgical procedures that are not related to the primary procedure will be considered Reasonable and Customary, or (b) if one surgeon performs multiple surgical procedures through different incisions or sites, 100% of the Reasonable and Customary charge for the primary procedure and 50% of the Reasonable and Customary charge for each of the remaining procedures will be considered Reasonable and Customary.

The amount charged for a dental procedure is Reasonable and Customary if it does not exceed the lesser of (i) the amounts charged by the provider for similar services and supplies, and (ii) an amount determined by the Claims Administrator to be the amount that approximately 85% (with a variance of up to 5%) of the dentists in a specific geographic area charge for the specific procedure.  Charges by a dentist who is a member of the Preferred Dentist Program network offered by MetLife will be treated as Reasonable and Customary.  Reasonable and Customary charges for dental services and supplies outside the U.S. will be determined by the Claims Administrator.

**SICKNESS**

"Sickness" means a physical illness, a pregnancy, and Mental Illness.

**SPOUSE**

"Spouse" includes your legal husband or wife or your common law spouse.

*Supporting Documentation.*   Proof of an individual's status as your Spouse can be established by:

- a marriage certificate; or

- for common law marriage, an original notarized United Airlines Affidavit of Common Law Marriage.   This Affidavit must be completed, notarized and submitted to the Company before you may add your common law Spouse as a Dependent.   If the common law marriage was established in the state of Utah, a copy of the court order establishing the marriage must be submitted in addition to the Affidavit.

**THERAPEUTIC TREATMENT**

"Therapeutic Treatment" means services rendered for the purpose of restorative treatment to an optimum level of function.

| | |
|---|---|
| **UBSC** | "UBSC" means the United Benefits Service Center. |

## Section 8.  Plan Information

**PLAN NAME AND NUMBER**

The name of the Plan is the United Airlines Employee Welfare Benefit Plan.

The Plan number 501 has been assigned to the Plan by the Plan Sponsor.

**PLAN YEAR**

Records for the Plan are kept on a Plan Year basis, which is the calendar year beginning on January 1st and ending on December 31st.

**PLAN SPONSOR**

The Company is the Plan sponsor and may be contacted at the following address:

> **United Air Lines, Inc.**
> **77 W. Wacker Drive, Suite 1000**
> **Chicago, Illinois  60601**

The Employer Identification Number assigned by the IRS to the Company is 36-2675206.

**PLAN ADMINISTRATOR**

The Administrator of the Plan is the United Air Lines, Inc. Retirement and Welfare Administration Committee (RAWAC), which may be contacted at the following address and telephone number:

> **Plan Administrator**
> **c/o Employee Service Center – OPCHR**
> **United Air Lines, Inc.**
> **P.O. Box 66100**
> **Chicago, Illinois 60666**
> **Telephone: 1-877-825-3729**

The Plan Administrator has discretionary power and authority to interpret, apply and enforce all provisions of the Plan document, including, for example, determining your eligibility to participate in the Plan, whether you are entitled to benefits, and the amount of the benefit. Benefits under the Plan will be paid only if the Plan Administrator decides in its sole discretion that you are entitled to them.   Any interpretation or determination made pursuant to such discretionary authority shall be final and binding on all parties.

The Plan Administrator also has the power and authority to establish rules and procedures to assist in the administration of the Plan, to modify or rescind any rule or procedure at any time, and to delegate administrative and discretionary functions to others.

| | |
|---|---|
| **FUNDING AND ADMINISTRATION OF THE PLAN** | Benefits under the Plan are funded through both Company contributions and your contributions. You are not required to make contributions to help fund the Plan except to the extent specified later in this SPD. |

The Group Universal Life (GUL) and Optional Dependent Life coverage is provided by Metropolitan Life Insurance Company.

The Sick Leave benefit is provided through the United Air Lines, Inc. Sick Leave Trust. Medical and dental benefits for active and retired Employees are provided through the United Airlines VEBA Trust. The Northern Trust Company, Chicago, Illinois, is the trustee of both of the trusts.

The Claims Administrator for the Medical Program is BlueCross BlueShield of Illinois (Health Care Service Corporation, a Mutual Legal Reserve Company). The Claims Administrator for the Dental Program is Metropolitan Life Insurance Company. The Claims Administrator for the Flexible Spending Program is ADP.

Effective January 1, 2009, mental health, substance abuse and chemical dependency benefits under the Health and Wellness PPO Option and Medical PPO Option are administered through a contract with OptumHealth Behavioral Solutions.

The Prescription Drug Program is administered through a contract with Medco Health Solutions, Franklin Lakes, New Jersey, and Medco is the Claims Administrator for the Program.

The Invalidated Life, Special Hazards, and All Conveyance benefits are provided partially through contracts with AIG Life Insurance Company and partially by the Company.

Metropolitan Life Insurance Company is the provider for the Company Life Benefit and the Accidental Death and Dismemberment Benefit.

The Long Term Disability benefits are provided through a contract with Metropolitan Life Insurance Company, New York, New York.

The 24-Hour Personal Accident Insurance Plan (Voluntary Accidental Death and Dismemberment Benefit) is provided through a contract with Metropolitan Life Insurance Company, New York, New York.

The Health Maintenance Organization (HMO) medical benefits are provided through separate contracts with each HMO.

The PPO Networks for the Health and Wellness PPO Option and the Medical PPO Option are provided through contracts with Health Care Service Corporation, a Mutual Legal Reserve Company, commonly known as BlueCross BlueShield of Illinois, Chicago, Illinois.

The Preferred Dentist Program (PDP) under the Traditional Dental Option is provided through a contract with Metropolitan Life Insurance Company.

Aetna Dental Plan is the Dental Health Maintenance Organization (DHMO) provided through AETNA, Chicago, Illinois. Dental Network U.S.A. is the DHMO administered by BlueCross and BlueShield of Illinois, Chicago, Illinois, except in California, where it is administered by Blue Shield of California.

**AMENDMENT OR TERMINATION OF THE PLAN**

While the Company expects to continue the Plan indefinitely, the Company has reserved the right to modify, reduce, amend or terminate all or any part of the Plan at any time and for any reason. Some of the reasons for changing or terminating the Plan might be:

- Bankruptcy or insolvency of the Company,

- Dissolution, merger, consolidation, reorganization, or sale of the Company or part of the Company,

- Disqualification of the trust or a portion of the trust by the IRS,

- Change in the laws governing employee benefit plans,

- Permanent discontinuance or suspension by the Company of contributions or funding all or a portion of the Plan, or

- Change in the goals or business plans of the Company.

**NO EMPLOYMENT RIGHTS**

Plan participation does not give you any rights to continuing employment with the Company.

**ERISA STATEMENT OF RIGHTS**

As a Participant in this Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan Participants shall be entitled to:

- Examine, without charge, at the Plan Administrator's office and at other specified locations, all Plan documents, including insurance contracts, collective bargaining agreements and copies of all documents filed by the plan with the U.S. Department of labor, such as annual reports and plan descriptions.

- Obtain copies of all plan documents and other plan information upon written request to the Plan Administrator.  The Plan Administrator may make a reasonable charge for the copies.

- Receive a summary of the Plan's annual financial report.  The Plan Administrator is required by law to furnish each Participant with a copy of this summary annual financial report.

- Continue health care coverage for yourself, spouse or other dependents if there is a loss of coverage under a group health plan as a result of a qualifying event.  You or your dependent may have to pay for such coverage.  Review this SPD and the documents governing the Plan for the rules governing your COBRA continuation rights.

- Be provided a certificate of creditable coverage, free of charge, from your group health plan or health insurance issuer when you lose coverage under the plan, when you become entitled to elect COBRA continuation coverage, when your COBRA continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage.  Without evidence of creditable coverage, you may be subject to a pre-existing condition exclusion for 12 months (18 months for late enrollees) after your enrollment date for coverage under another plan.

In addition to creating rights for Plan Participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan.  The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan Participants and beneficiaries.  No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

If your claim for a welfare benefit is denied in whole or in part, you must receive a written explanation of the reason for denial.  You have the right to have the Plan Administrator review and reconsider your claim.

Under ERISA, there are steps you can take to enforce the above rights.  For instance, if you request a copy of plan documents or the latest annual report from the Plan Administrator and do not receive them within 30 days, you may file suit in federal court.  In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator.  If you have a claim for benefits which is denied

(through the appeal procedure) or ignored, in whole or part, you may file suit in a state or federal court. In addition, if you disagree with the Plan Administrator's decision or lack thereof concerning the qualified status of a medical child support order, you may file suit in a federal court. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees if, for example, it finds your claim is frivolous.

If you have any questions about the Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration (formerly the Pension and Welfare Benefits Administration), U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.