IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vickie R. Ferguson, a single woman,<br><br>Plaintiff,<br><br>v.<br><br>Metropolitan Life Insurance Company, a New York corporation,<br><br>Defendant. | No. CV-14-00483-PHX-NVW<br><br>**ORDER** |

Pursuant to the Stipulation of the parties (Doc. 24) and good cause appearing,

IT IS THEREFORE ORDERED that this action is dismissed with prejudice in its entirety, each party to bear their own costs and attorneys' fees.

Dated this 5th day of August, 2014.

_____
Neil V. Wake
United States District Judge